McCAULEY v. INTERBOROUGH RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Marie D. McCauley against the Interborough Rapid Transit Company. No opinion. Application denied, with $10 costs. Order signed.